\*\*NOT FOR PRINTED PUBLICATION\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| WILLIAM CROCKER, ET AL. | § | |
| VS. | § | CIVIL ACTION NO. 9:19cv119 |
| TYLER COUNTY, TEXAS, ET AL. | § | |

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court previously referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration in accordance with 28 U.S.C. § 636. The Report and Recommendation of Judge Hawthorn, which contains his findings, conclusions, and recommendations for the disposition of this case, has been presented for consideration. The Report and Recommendation recommends that the District Court approve the terms of the settlement agreed to by the parties and order that certain funds be deposited into the registry of the court.

Having considered the Magistrate Judge's Report and Recommendation and the lack of opposition to his findings and recommendation, the court **ORDERS** that the Report and Recommendation (Doc. #30) is **ACCEPTED**. The court adopts the Magistrate Judge's specific findings and recommendations set forth in the report . The court further **ORDERS** that upon receipt of the settlement funds, plaintiffs' counsel will cause to be deposited into the registry of the court the following:

For minor S.C., social security no. XXX-XX-5158, the sum of $57,398.00. Said sum shall remain on deposit with the registry of the court until such time as S.C. reaches the age of majority.

For minor C.C., social security no. XXX-XX-9735, the sum of $57,174.12. Said sum shall remain on deposit with the registry of the court until such time as C.C. reaches the age of majority.

All sums deposited into the registry of the court shall be held in an interest-bearing account.

**NOT FOR PRINTED PUBLICATION**

An appropriate Final Judgment shall be entered separately.

**So Ordered and Signed**

Oct 10, 2020

_____
Ron Clark
Senior Judge